156 A.3d 168

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JASON CHARLES, DEFENDANT–PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003625–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

156 A.3d 169

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT v.
NEIL COLABELLA, DEFENDANT–PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002382–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.